within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. D–491.   IN RE DISBARMENT OF PECORARO.   It is ordered that Maria Catherine Pecoraro, of West Chester, Pa., be suspended from the practice of law in this Court and that a rule issue, returnable within 40 days, requiring her to show cause why she should not be disbarred from the practice of law in this Court.

No. D–492.   IN RE DISBARMENT OF SURGENT.   It is ordered that John W. Surgent, of Lake Ariel, Pa., be suspended from the practice of law in this Court and that a rule issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. 83–1944.   JENSEN, DIRECTOR, DEPARTMENT OF MOTOR VEHICLES OF NEBRASKA, ET AL. v. QUARING.   C. A. 8th Cir. [Certiorari granted, 469 U. S. 815.]   Motion of respondent for leave to file a supplemental brief after argument granted.

No. 84–262.   MOUNTAIN STATES TELEPHONE & TELEGRAPH CO. v. PUEBLO OF SANTA ANA.   C. A. 10th Cir.   [Certiorari granted, 469 U. S. 879.]   Motion of petitioner for leave to file a supplemental brief after argument granted.

No. 84–801.   MIDLANTIC NATIONAL BANK v. NEW JERSEY DEPARTMENT OF ENVIRONMENTAL PROTECTION; and

No. 84–805.   O'NEILL, TRUSTEE IN BANKRUPTCY OF QUANTA RESOURCES CORP., DEBTOR v. CITY OF NEW YORK ET AL.; and O'NEILL, TRUSTEE IN BANKRUPTCY OF QUANTA RESOURCES CORP., DEBTOR v. NEW JERSEY DEPARTMENT OF ENVIRONMENTAL PROTECTION.   C. A. 3d Cir.   [Certiorari granted, 469 U. S. 1207.]   Motion of respondents for divided argument granted.

No. 84–1321.   NIX, WARDEN v. WHITESIDE.   C. A. 8th Cir. [Certiorari granted, ante, p. 1014.]   Motion for appointment of counsel granted, and it is ordered that Patrick Reilly Grady, Esquire, of Cedar Rapids, Iowa, be appointed to serve as counsel for respondent in this case.